Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000346
25-JAN-2019
09:25 AM

NO. CAAP-18-0000346

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JAMES ARTHUR, Claimant-Appellant, v. CJ PETERSON SERVICES, INC.,
Employer-Appellee, and HAWAII EMPLOYERS' MUTUAL INSURANCE
COMPANY, Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2015-147 (DCD NO. 2-11-05087)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation To Dismiss Appeal
(Stipulation), filed January 15, 2019, by Claimant-Appellant
James Arthur, the papers in support, and the record, it appears
that (1) the appeal has been docketed; (2) the case was
temporarily remanded to the Labor and Industrial Relations
Appeals Board for approval of a settlement; (3) upon filing of
the Stipulation, this court resumes jurisdiction; (4) the parties
stipulate to dismiss the appeal with prejudice and to bear their
own attorneys' fees and costs; and (5) the Stipulation is dated
and signed by counsel for all parties appearing in the appeal.

THEREFORE, IT IS HEREBY ORDERED that pursuant to
Hawai'i Rules of Appellate Procedure Rule 42(b) the Stipulation

is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions, if any, are dismissed.

DATED:  Honolulu, Hawai'i, January 25, 2019.


Chief Judge


Associate Judge


Associate Judge

2